MITCHELL SILBERBERG & KNUPP LLP
GARY M. MCLAUGHLIN (SBN 217832)
NICK BALTAXE (SBN 329751)
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
PRAC HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE BABB, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRAC HOLDINGS, INC., a Delaware corporation; and DOES 1 TO 50,<br><br>Defendants. | CASE NO. 25-cv-02206-DJC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO SUBMIT RULE 26(F) JOINT STATUS REPORT**<br><br>File Date: July 3, 2025<br>Trial Date: None Set |

# JOINT STIPULATION

Plaintiff Amie Babb ("Plaintiff") and Defendant PRAC Holdings, Inc. ("Defendant"), by and through the undersigned attorneys, hereby enter into the following stipulation based on the following facts:

1. Per this Court's Initial Case Management Order (ECF No. 6), Plaintiff and Defendant are expected to meet and confer regarding scheduling and submit a Rule 26(f) Joint Status Report by no later than October 6, 2025.

2. Plaintiff and Defendant have agreed to mediate their claims with the Hon. Amy Hogue (Ret.) on October 27, 2025.

3. During the meet and confer process, Plaintiff and Defendant agreed that judicial resources could be preserved by continuing the deadline to submit the Joint Status Report until after the parties have had a chance to mediate.

4. In order to permit the parties to mediate before setting an appropriate case schedule, Plaintiff and Defendant have agreed to continue the deadline to submit the Rule 26(f) Joint Status Report until November 10, 2025, subject to the Court's approval.

5. This Stipulation may be executed in counterparts, and signatures transmitted via facsimile or electronic mail shall be deemed to be original signatures for filing purposes.

SO STIPULATED

DATED: October 2, 2025   Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Nick Baltaxe
   Gary M. McLaughlin
   Nick Baltaxe
   Attorneys for Defendant
   PRAC HOLDINGS, INC.

DATED: October 2, 2025   Respectfully submitted,

HAULK & HERRERA LLP

By: /s/ Matthew Haulk
   Jose M. Herrera
   Matthew Haulk
   Attorneys for Plaintiff Amie Babb

**ORDER**

This Court, having reviewed the Joint Stipulation to Continue the Deadline to Submit the Rule 26(f) Joint Status Report, IT IS HEREBY ORDERED THAT:

1. The parties' deadline to submit a Joint Status Report per this Court's Initial Case Management Conference Order (ECF No. 6) is continued to **November 10, 2025**.

**IT IS SO ORDERED.**

Dated: October 3, 2025
/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE