Matthew A. Haulk (SBN 272457)
    Email: mhaulk@hhemploymentlaw.com
Jose M. Herrera (SBN 289590)
    Email: jherrera@hhemploymentlaw.com
HAULK & HERRERA LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 745-3219
Facsimile:    (415) 745-3301

Attorneys for Plaintiff and all other similarly situated
AMIE BABB

Gary M. McLaughlin (SBN 217832)
    Email: gmm@msk.com
Nick Baltaxe (SBN 329751)
    Email: ngb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
PRAC HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE BABB, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRAC HOLDINGS, INC., a Delaware corporation; and DOES 1 TO 50,<br><br>Defendants. | CASE NO.    2:25-cv-02206-DJC-DMC<br><br>**ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

1

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff is granted leave to file her First Amended Class Action Complaint, a copy of which is attached hereto as Exhibit "A".  Plaintiff shall file the First Amended Class Action Complaint within 5 calendar days of Entry of this Order.

IT IS ALSO ORDERED that Defendant's Answer to the Complaint filed August 6, 2025 shall be deemed to be Defendant's Answer to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  February 2, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT